IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
    v.                      )    No.  13 CR 583
                            )
WALTER THOMPSON,            )
                            )
         Defendant.         )

MEMORANDUM ORDER

Defendant Walter Thompson ("Thompson") has appeared before this Court today on a writ from the Illinois Department of Corrections ("IDOC"), where he is currently serving a state sentence. This Court has advised Thompson that during any period in which he is present in this District Court on such a writ from his state sentence, he will not receive credit for his time against any federal sentence that may eventually be imposed by this Court if he were to plead guilty to or if he were to be found guilty of, one or more of the charges in this federal case.

After conferring with his counsel in this case, Thompson has asked that the writ issued to the IDOC upon which he was brought to this federal court be continued until this case before this District Court is concluded. This Court grants defendant's request, and the writ upon which he was brought before this Court from IDOC is ordered to be continued until this case is concluded. This Court orders Thompson to be remanded to the custody of the United States Marshal forthwith, and the Marshal

is directed to house defendant in some suitable facility until further order of this Court.

                                                     _____
                                                     Milton I. Shadur
                                                     Senior United States District Judge

Date:  October 23, 2013